# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151463(123)(126)

TAMARA FILAS,
   Plaintiff-Appellant,

v

               SC: 151463
               COA: 317972
               Wayne CC: 13-000652-NI

KEVIN THOMAS CULPERT and EFFICIENT
DESIGN, INC.,
   Defendants-Appellees.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellant for leave to extend the time for filing a reply to defendant-appellee Efficient Design's answer is GRANTED. The reply will be accepted as timely filed if submitted on or before June 23, 2015. On further order of the Chief Justice, the motion of plaintiff-appellant to exceed the page limit restriction of the reply to defendant-appellee Kevin Thomas Culpert's answer is GRANTED. The 19-page reply submitted on June 9, 2015, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     June 23, 2015
_____